IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 14-cv-00455-CBS

GREEN WORLD PRODUCE, LLC, a Florida Corporation,
    Plaintiff,

v.

PREMIER TRADING, LLC, a Colorado Corporation,
    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The court having reviewed Plaintiff's Motion to Dismiss Complaint and being fully advised in the premises, IT IS ORDERED that:

1. Plaintiff's Motion to Dismiss Complaint (filed April 30, 2014) (Doc. # 12) is GRANTED.

2. This civil action is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(2).

3. The Telephone Status Conference set for May 7, 2014 at 9:00 a.m. is VACATED.

Dated at Denver, Colorado this 30th day of April, 2014.

                        BY THE COURT:

                        s/Craig B. Shaffer
                        United States Magistrate Judge